# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEWAGE, INC., *et al.*,[1]<br><br>Debtors.<br><br>NAI LIQUIDATION TRUST, by and through its Liquidation Trustee, STEVEN BALASIANO,<br><br>Plaintiff,<br>v.<br>FREDERICK W. COOPER, *et al.*,<br><br>Defendants. | Chapter 11<br>Case No. 22-10819 (LSS)<br>(Jointly Administered)<br><br><br>Adv. Proc. No. 23-50393 (LSS)<br><br>**Related Adv. D.I. 43** |

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS FOR THE INDEPENDENT DIRECTORS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT AND IN THE ALTERNATIVE TO ABSTAIN**

Upon consideration of the *Motion for Leave to Exceed Page Limit Requirements for the Independent Directors' Opening Brief in Support of Their Motion to Dismiss Complaint and in the Alternative to Abstain* (the "Motion") filed by the Independent Directors whereby the Independent Directors[2] request leave to file their Opening Brief that exceeds the thirty (30) page limit imposed by Local Rule 7007-2(a)(iv); and due and proper notice of the Motion having been given; and it appearing that sufficient cause exists for granting the requested relief,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The last four digits of each of the Debtors' federal tax identification numbers are NewAge, Inc. (2263), Ariix LLC (9011), and Morinda, Inc. (9188) (collectively the "**Debtors**"). The Debtors' address is 7158 S. FL Smith Dr., Suite 250, Midvale, UT 84047.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Motion.

4874-0095-9884.1

2.	The Independent Directors are authorized to exceed the thirty (30) page limit set forth in Local Rule 7007-2(a)(iv) with respect to their Opening Brief, such that their Opening Brief shall not exceed forty (40) pages, exclusive of the cover page, table of contents, table of authorities, and signature blocks.

3.	This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: November 6th, 2023**
**Wilmington, Delaware**

*[signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

4874-0095-9884.1