## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEWAGE, INC., et al.

    Debtors.

_____/

Chapter 11
Case No. 22-10819 (LSS)
(Jointly Administered)

NAI LIQUIDATION TRUST, by and
through its Liquidation Trustee, STEVEN
BALASIANO,

    Plaintiff,

v.

FREDERICK W. COOPER, MARK
WILSON, BRENT WILLIS, TIMOTHY
HAAS, REGINALD KAPTEYN, ALICIA
SYRETT, GREGORY GOULD, CHUCK
ENCE, CARL AURE, KEVIN MANION,
ED BRENNAN, AMY KUZDOWICZ,
GREG FEA, CRAIG THIBODEAU,
KWIKCLICK, INC., JEFFREY YATES,
RILEY TIMMER, COOPER FAMILY
INVESTMENTS, LP, YATES FAMILY
INVESTMENTS, LLLP, WILSON
FAMILY HOLDINGS, LLC, TIMMER
FAMILY INVESTMENTS, LLLP,
CHANDLER FAMILY INVESTMENTS
2.0, LLC, IAN CHANDLER, BRADY
COOPER, WENHAN ZHANG, and TYLER
B. JONES,

    Defendants.

_____/

Adv. Proc. No. 23-50393 (LSS)

### DEFENDANT, TYLER B. JONES'S ANSWER AND AFFIRMATIVE DEFENSES

    Defendant, Tyler B. Jones ("Mr. Jones"), by and through his undersigned counsel,

hereby answers and raises his affirmative defenses to the Complaint of Plaintiff, NAI

Liquidation Trust, by and through its Liquidation Trustee, Steven Balasiano, ("Plaintiff" or the "Trust"), as follows:

## ANSWER

1.      Denied.

2.      Defendant was not employed by the Debtor during the alleged years, and is without knowledge, and therefore denied.

3.      Without knowledge and therefore denied.

4.      Without knowledge and therefore denied.

5.      Without knowledge and therefore denied.

6.      Without knowledge and therefore denied.

7.      Without knowledge and therefore denied

8.      Without knowledge and therefore denied.

9.      Without knowledge and therefore denied.

10.     Without knowledge and therefore denied.

11.     Without knowledge and therefore denied.

12.     Without knowledge and therefore denied.

13.     Without knowledge and therefore denied.

14.     Without knowledge and therefore denied.

15.     Without knowledge and therefore denied.

16.     Denied.

17.     Without knowledge and therefore denied.

18.     Admitted for jurisdictional purposes only. Otherwise denied.

19.     Admitted for venue purposes only. Otherwise denied.

20.    Admitted for jurisdictional purposes only. Otherwise denied.

21.    Admitted for jurisdictional purposes only. Otherwise denied.

22.    Admitted for jurisdictional purposes only. Otherwise denied.

23.    Defendant confirms its consent pursuant to Federal Rule of Bankruptcy Procedure 7008 and Rule 7008-1 of Bankruptcy Local Rules for the United States Bankruptcy Court for the District of Delaware.

24.    Admitted.

25.    Admitted.

26.    Admitted.

27.    Admitted.

28.    Admitted.

29.    Admitted.

30.    Admitted.

31.    Admitted.

32.    Admitted.

33.    Admitted.

34.    Without knowledge and therefore denied.

35.    Without knowledge and therefore denied.

36.    Without knowledge and therefore denied.

37.    Without knowledge and therefore denied.

38.    Admitted.

39.    Without knowledge and therefore denied.

40.    Without knowledge and therefore denied.

41.    Without knowledge and therefore denied.

42.    Without knowledge and therefore denied.

43.    Without knowledge and therefore denied.

44.    Without knowledge and therefore denied.

45.    Without knowledge and therefore denied.

46.    Without knowledge and therefore denied.

47.    Without knowledge and therefore denied.

48.    Without knowledge and therefore denied.

49.    Without knowledge and therefore denied.

50.    Without knowledge and therefore denied.

51.    Without knowledge and therefore denied.

52.    Without knowledge and therefore denied.

53.    Without knowledge and therefore denied.

54.    Without knowledge and therefore denied.

55.    Without knowledge and therefore denied.

56.    Without knowledge and therefore denied.

57.    Denied.

58.    Without knowledge and therefore denied.

59.    Admitted.

60.    Admitted.

61.    Admitted.

62.    Denied.

63.    Admitted.

64.    Without knowledge and therefore denied.

65.    Admitted.

66.    Admitted.

67.    Without knowledge and therefore denied.

68.    Admitted.

69.    Without knowledge and therefore denied.

70.    Admitted.

71.    Without knowledge and therefore denied.

72.    Defendant is not a D&O Defendant and therefore denied.

73.    Defendant is not a D&O Defendant and therefore denied.

74.    Defendant is not a D&O Defendant and therefore denied.

75.    Admitted.

76.    Admitted.

77.    Admitted.

78.    Admitted.

79.    Admitted.

80.    Admitted.

81.    Admitted.

82.    Admitted.

83.    Without knowledge and therefore denied.

84.    Without knowledge and therefore denied.

85.    Without knowledge and therefore denied.

86.    Without knowledge and therefore denied.

87. Without knowledge and therefore denied.

88. Without knowledge and therefore denied.

89. Admitted.

90. Without knowledge and therefore denied.

91. Without knowledge and therefore denied.

92. Without knowledge and therefore denied.

93. Denied.

94. Without knowledge and therefore denied.

95. Without knowledge and therefore denied.

96. Without knowledge and therefore denied.

97. Without knowledge and therefore denied.

98. Without knowledge and therefore denied.

99. Without knowledge and therefore denied.

100. Without knowledge and therefore denied.

101. Without knowledge and therefore denied.

102. Without knowledge and therefore denied.

103. Without knowledge and therefore denied.

104. Without knowledge and therefore denied.

105. Without knowledge and therefore denied.

106. Without knowledge and therefore denied.

107. Without knowledge and therefore denied.

108. Without knowledge and therefore denied.

109. Without knowledge and therefore denied.

110.    Without knowledge and therefore denied.

111.    Without knowledge and therefore denied.

112.    Without knowledge and therefore denied.

113.    Without knowledge and therefore denied.

114.    Without knowledge and therefore denied.

115.    Without knowledge and therefore denied.

116.    Without knowledge and therefore denied.

117.    Without knowledge and therefore denied.

118.    Without knowledge and therefore denied.

119.    Without knowledge and therefore denied.

120.    Without knowledge and therefore denied.

121.    Without knowledge and therefore denied.

122.    Without knowledge and therefore denied.

123.    Without knowledge and therefore denied.

124.    Without knowledge and therefore denied.

125.    Without knowledge and therefore denied.

126.    Without knowledge and therefore denied.

127.    Without knowledge and therefore denied.

128.    Without knowledge and therefore denied.

129.    Without knowledge and therefore denied.

130.    Without knowledge and therefore denied.

131.    Without knowledge and therefore denied.

132.    Without knowledge and therefore denied.

133.    Without knowledge and therefore denied.

134.    Without knowledge and therefore denied.

135.    Without knowledge and therefore denied.

136.    Without knowledge and therefore denied.

137.    Without knowledge and therefore denied.

138.    Without knowledge and therefore denied.

139.    Without knowledge and therefore denied.

140.    Without knowledge and therefore denied.

141.    Without knowledge and therefore denied.

142.    Without knowledge and therefore denied.

143.    Without knowledge and therefore denied.

144.    Without knowledge and therefore denied.

145.    Without knowledge and therefore denied.

146.    Without knowledge and therefore denied.

147.    Without knowledge and therefore denied.

148.    Without knowledge and therefore denied.

149.    Without knowledge and therefore denied.

150.    Without knowledge and therefore denied.

151.    Without knowledge and therefore denied.

152.    Without knowledge and therefore denied.

153.    Without knowledge and therefore denied.

154.    Without knowledge and therefore denied.

155.    Without knowledge and therefore denied.

156.    Without knowledge and therefore denied.

157.    Without knowledge and therefore denied.

158.    Without knowledge and therefore denied.

159.    Without knowledge and therefore denied.

160.    Admitted.

161.    Without knowledge and therefore denied.

162.    Denied.

163.    Admitted.

164.    Admitted.

165.    Admitted

166.    Without knowledge and therefore denied.

167.    Without knowledge and therefore denied.

168.    Without knowledge and therefore denied.

169.    Without knowledge and therefore denied.

170.    Without knowledge and therefore denied.

171.    Without knowledge and therefore denied.

172.    Without knowledge and therefore denied.

173.    Without knowledge and therefore denied.

174.    Without knowledge and therefore denied.

175.    Denied.

176.    Without knowledge and therefore denied.

177.    Without knowledge and therefore denied.

178.    Without knowledge and therefore denied.

179.    Without knowledge and therefore denied.

180.    Without knowledge and therefore denied.

181.    Without knowledge and therefore denied.

182.    Without knowledge and therefore denied.

183.    Without knowledge and therefore denied.

184.    Denied.

185.    Denied.

186.    Denied.

187.    Without knowledge and therefore denied.

188.    Without knowledge and therefore denied.

189.    Without knowledge and therefore denied.

190.    Denied.

191.    Admitted.

192.    Without knowledge and therefore denied.

193.    Without knowledge and therefore denied.

194.    Without knowledge and therefore denied.

195.    Admitted.

196.    Without knowledge and therefore denied.

197.    Admitted.

198.    Without knowledge and therefore denied.

199.    Without knowledge and therefore denied.

200.    Without knowledge and therefore denied.

201.    Without knowledge and therefore denied.

202.    Without knowledge and therefore denied.

203.    Denied.

204.    Without knowledge and therefore denied.

205.    Without knowledge and therefore denied.

206.    Without knowledge and therefore denied.

207.    Without knowledge and therefore denied.

208.    Without knowledge and therefore denied.

209.    Denied.

210.    Without knowledge and therefore denied.

211.    Without knowledge and therefore denied.

212.    Without knowledge and therefore denied.

213.    Without knowledge and therefore denied.

214.    Without knowledge and therefore denied.

215.    Without knowledge and therefore denied.

216.    Without knowledge and therefore denied.

217.    Without knowledge and therefore denied.

218.    Without knowledge and therefore denied.

219.    Without knowledge and therefore denied.

220.    Without knowledge and therefore denied.

221.    Without knowledge and therefore denied.

222.    Without knowledge and therefore denied.

223.    Without knowledge and therefore denied.

224.    Without knowledge and therefore denied.

225.    Without knowledge and therefore denied.

226.    Without knowledge and therefore denied.

227.    Without knowledge and therefore denied.

228.    Without knowledge and therefore denied.

229.    Without knowledge and therefore denied.

230.    Without knowledge and therefore denied.

231.    Without knowledge and therefore denied.

232.    Without knowledge and therefore denied.

233.    Without knowledge and therefore denied.

234.    Without knowledge and therefore denied.

235.    Without knowledge and therefore denied.

236.    Without knowledge and therefore denied.

237.    Admitted.

238.    Without knowledge and therefore denied.

239.    Without knowledge and therefore denied.

240.    Without knowledge and therefore denied.

241.    Without knowledge and therefore denied.

242.    Without knowledge and therefore denied.

243.    Without knowledge and therefore denied.

244.    Without knowledge and therefore denied.

245.    Without knowledge and therefore denied.

246.    Without knowledge and therefore denied.

247.    Without knowledge and therefore denied.

248.    Without knowledge and therefore denied.

249.    Without knowledge and therefore denied.

250.    Admitted.

251.    Without knowledge and therefore denied.

252.    Without knowledge and therefore denied.

253.    Without knowledge and therefore denied.

254.    Without knowledge and therefore denied.

255.    Without knowledge and therefore denied.

256.    Admitted.

257.    Without knowledge and therefore denied.

258.    Without knowledge and therefore denied.

259.    Without knowledge and therefore denied.

260.    Without knowledge and therefore denied.

261.    Without knowledge and therefore denied.

262.    Without knowledge and therefore denied.

263.    Without knowledge and therefore denied.

264.    Without knowledge and therefore denied.

265.    Without knowledge and therefore denied.

266.    Without knowledge and therefore denied.

267.    Without knowledge and therefore denied.

268.    Without knowledge and therefore denied.

269.    Without knowledge and therefore denied.

270.    Without knowledge and therefore denied.

271.    Without knowledge and therefore denied.

272.    Without knowledge and therefore denied.

273.    Without knowledge and therefore denied.

274.    Without knowledge and therefore denied.

275.    Without knowledge and therefore denied.

276.    Without knowledge and therefore denied.

277.    Without knowledge and therefore denied.

278.    Without knowledge and therefore denied.

279.    Without knowledge and therefore denied.

280.    Without knowledge and therefore denied.

281.    Without knowledge and therefore denied.

282.    Without knowledge and therefore denied.

283.    Without knowledge and therefore denied.

284.    Without knowledge and therefore denied.

285.    Without knowledge and therefore denied.

286.    Admitted.

287.    Without knowledge and therefore denied.

288.    Without knowledge and therefore denied.

289.    Without knowledge and therefore denied.

290.    Without knowledge and therefore denied.

291.    Without knowledge and therefore denied.

292.    Without knowledge and therefore denied.

293.    Without knowledge and therefore denied.

294.    Without knowledge and therefore denied.

295.    Without knowledge and therefore denied.

## COUNT ONE
### BREACH OF FIDUCIARY DUTY
#### (Against Willis)

296-304.  Count One of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count One.

## COUNT TWO
### BREACH OF FIDUCIARY DUTY
#### (Against Cooper and Wilson)

305-313.  Count Two of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Two.

## COUNT THREE
### BREACH OF FIDUCIARY DUTY
#### (Against All Other D&O Defendants)

314-322.  Count Three of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Three.

## COUNT FOUR
### AIDING AND ABETTING BREACH OF FIDUCIARY DUTY
#### (Against Zhang, B. Cooper, Kwikclick and the Ariix Sellers)

323-328.  Count Four of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Four.

## COUNT FIVE
### WASTE OF CORPORATE ASSETS
### (Against the D&O Defendants)

329-332.  Count Five of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Five.

## COUNT SIX
### BREACH OF CONTRACT—AMENDED MERGER AGREEMENT
### (Against the Ariix Sellers)

333-339.  Count Six of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Six.

## COUNT SEVEN
### BREACH OF CONTRACT — AMENDED MERGER AGREEMENT
### (Against the Ariix Sellers Other than Cooper)

340-346.  Count Seven of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Seven.

## COUNT EIGHT
### INDEMNIFICATION
### (Against the Ariix Sellers)

347-351.  Count Eight of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Eight.

## COUNT NINE
### BREACH OF CONTRACT - COVENANT NOT TO COMPETE AND NOT TO SOLICIT
### (Against Cooper)

352-360.  Count Nine of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Nine.

## COUNT TEN
### FRAUDULENT INDUCEMENT — AMENDED MERGER AGREEMENT
### (Against the Ariix Sellers)

361-368.  Count Ten of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Ten.

## COUNT ELEVEN
### FRAUDULENT INDUCEMENT - LICENSE AGREEMENT
### (Against the Kwikclick Defendants)

369-375.  Count Eleven of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Eleven.

## COUNT TWELVE
### DECLARATORY JUDGMENT
### (Against Kwikclick)

376-381.  Count Twelve of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twelve.

## COUNT THIRTEEN
### BREACH OF CONTRACT - LICENSE AGREEMENT
**(Against Kwikclick)**

382-388.  Count Thirteen of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Thirteen.

## COUNT FOURTEEN
### FRAUD
**(Against Cooper and Wilson)**

389-395.  Count Fourteen of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Fourteen.

## COUNT FIFTEEN
### CIVIL CONSPIRACY
**(Against the Kwikclick Defendants, the Ariix Sellers, Willis and Jones)**

396.    Defendant restates and incorporates Answers 1 through 295.

397.    Denied.

398.    Denied.

399.    Without knowledge and therefore denied.

400.    Without knowledge and therefore denied.

401.    Denied.

402.    Without knowledge and therefore denied.

403.    Denied.

404.    Without knowledge and therefore denied.

405.    Denied.

## COUNT SIXTEEN
## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS
### (Against Kwikclick, Zhang and B. Cooper)

406-411.  Count Sixteen of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Sixteen.

## COUNT SEVENTEEN
## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS
### (Against the Kwikclick Defendants)

412-418.  Count Seventeen of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Seventeen.

## COUNT EIGHTEEN
## TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE
### (Against the Kwikclick Defendants and the Ariix Sellers)

419-423.  Count Eighteen of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Eighteen.

## COUNT NINETEEN
## CIVIL CONSPIRACY
### (Against the D&O Defendants)

424-427.  Count Nineteen of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Nineteen.

## COUNT TWENTY
### CONVERSION
### (Against the Kwikclick Defendants and the Ariix Sellers)

428-434.  Count Twenty of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty.

## COUNT TWENTY-ONE
### VIOLATION OF THE DEFEND TRADE SECRETS ACT
### (Against the Kwikclick Defendants)

435-447.  Count Twenty-One of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-One.

## COUNT TWENTY-TWO
### MISAPPROPRIATION OF TRADE SECRETS (UTAH UNIFORM TRADE SECRETS ACT)
### (Against the Kwikclick Defendants)

448-459.  Count Twenty-Two of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Two.

## COUNT TWENTY-THREE
### DECLARATORY JUDGMENT
### (Against Cooper)

460-465.  Count Twenty-Three of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Three.

**COUNT TWENTY-FOUR**
**UNJUST ENRICHMENT**
**(Against the Kwikclick Defendants)**

466-472.  Count Twenty-Four of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Four.

**COUNT TWENTY-FIVE**
**UNJUST ENRICHMENT**
**(Against the D&O Defendants)**

473-476.  Count Twenty-Five of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Five.

**COUNT TWENTY-SIX**
**TURN-OVER OF PROPERTY OF THE ESTATE UNDER 11 U.S.C. § 542(a)**
**(Against Kwikclick)**

477-481.  Count Twenty-Six of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Six.

**COUNT TWENTY-SEVEN**
**AVOIDANCE AND RECOVERY OF ACTUAL FRAUDULENT TRANSFER UNDER 11 U.S.C. §§ 548(a)(1)(A), 550 and APPLICABLE STATE LAW**
**(Against Kwikclick)**

482-490.  Count Twenty-Seven of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Seven.

## COUNT TWENTY-EIGHT
**AVOIDANCE AND RECOVERY OF CONSTRUCTIVE FRAUDULENT TRANSFER
UNDER 11 U.S.C. §§ 544, 548 and 550 and APPLICABLE STATE LAW
(Against the Kwikclick Defendants)**

491-501.   Count Twenty-Eight of the Complaint does not seek any relief against Mr. Jones, and therefore no response is required. Otherwise, to the extent necessary, Mr. Jones denies all allegations in Count Twenty-Eight.

### *Reservation of Right to Supplement Defenses*

Mr. Jones hereby gives notice that he intends to reply upon such other and further defenses as may be discovered, disclosed, or as may become available or apparent during discovery or other proceedings in this action, and hereby reserves the right to amend this Answer and assert all such defenses.

Dated: December 5, 2023

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By:  */s/ Steven W. Golden*
     Steven W. Golden (DE Bar No. 6807)
     919 N. Market Street, 17th Floor
     Wilmington, DE 19801
     Tel: (302) 652-4100
     sgolden@pszjlaw.com

**SHUMAKER, LOOP & KENDRICK, LLP**

By:  */s/ Steven M. Berman, Esq.*
     Steven M. Berman, Esq.
     Fla. Bar No.: 856290
     sberman@shumaker.com
     bgasaway@shumaker.com
     101 E. Kennedy Blvd., Suite 2800
     Tampa, Florida 33602
     Phone: (813) 229-7600

*Counsel for the Defendant, Tyler B. Jones*